864

No. 98, Misc. McKEE v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 100, Misc. WALKER v. NATIONAL MARITIME UNION ET AL. C. A. 2d Cir. Certiorari denied. *Abraham E. Freedman* for respondent National Maritime Union.

No. 103, Misc. COLVIN v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 104, Misc. OPHEIM v. NICHOL, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 8th Cir. Certiorari denied.

No. 105, Misc. SUMIDA ET AL. v. JAMES ET AL. Sup. Ct. Hawaii. Certiorari denied. *Joseph A. Ryan* for petitioners Sumida et al. *J. Harold Hughes* for respondents.

No. 106, Misc. WALL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 108, Misc. ZAMORANO v. OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 112, Misc. JOHNSON v. OHIO. Ct. Common Pleas of Ohio, Hamilton County. Certiorari denied. *Melvin G. Rueger* for respondent.

No. 113, Misc. TILLMAN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Thomas Wade Bruton,* Attorney General of North Carolina, for respondent.